## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**BRIAN MONDY**                                              **CIVIL ACTION**

**VERSUS**                                                   **NO. 08-4808**

**FIRST CIRCUIT COURT OF APPEAL**                            **SECTION "C"(6)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the

Report and Recommendation of the United States Magistrate Judge, and the failure of any

party to file an objection to the Magistrate Judge's Report and Recommendation, hereby

approves the Report and Recommendation of the United States Magistrate Judge and adopts

it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Brian Mondy for issuance of a writ of habeas

corpus is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this __23__ day of __June__, 2010.

_____
UNITED STATES DISTRICT JUDGE